■ Hector Valladares, Appellant, v New York City Transit Authority, Respondent. [617 NYS2d 642] —Order, Supreme Court, New York County (Robert Lippmann, J.), entered on or about June 11, 1993, which granted defendant's motion for summary judgment dismissing plaintiff's complaint, unanimously affirmed, without costs.

Summary judgment was properly granted in light of defendant's introduction of an easement agreement entered into between it and the owner of the stairway where plaintiff fell, together with affidavits from its own engineer, which indicate that defendant neither owned nor maintained the stairway in question. Plaintiff's belated reliance upon *Fortson v New York City Tr. Auth.* (111 AD2d 58), claiming, for the first time on appeal, that the stairway's *sole* purpose was for access to and from the subway system, may not be considered *(Recovery Consultants v Shih-Hsieh,* 141 AD2d 272, 276). Concur—Carro, J. P., Rosenberger, Ellerin, Nardelli and Tom, JJ.

■ The People of the State of New York, Respondent, v Malik Jaffary, Appellant. [617 NYS2d 642] —Judgment, Supreme Court, Bronx County (Max Sayah, J.), rendered on or about May 6, 1992, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Carro, J. P., Rosenberger, Ellerin, Nardelli and Tom, JJ.